GARY OWEN CARIS (SBN 88918)
 gcaris@mckennalong.com
LESLEY ANNE HAWES (SBN 117101)
 lhawes@mckennalong.com
MCKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA  90071-3124
Telephone:    (213) 688-1000
Facsimile:     (213) 243-6330

cc: Bankruptcy Court

Attorneys for Appellee
VIII FS Norcross, L.L.C.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | District Court Case No: 2:12CV1533 GW |
| SUN HB 63, LLC, | Bankruptcy Case No.: 2:11-BK-47769-BB |
| Appellant, | Assigned to District Court Judge George H. Wu For Appeal From Order Entered February 2, 2012 and February 16, 2012. |
| v. | |
| VIII FS NORCROSS L.L.C., | **ORDER DISMISSING APPEAL** |
| Appellee | [NO HEARING REQUIRED] |
| In re: | |
| SUN HB 63, LLC | JS-6 |
| Debtor and Debtor-in-Possession | |

This matter came before the Court upon the Stipulation Regarding Dismissal of Appeal entered into by and between Appellant Sun HB 63, LLC and Appellee VIII FS Norcross, L.L.C. on October 17, 2012 (the "Stipulation").  The Court has reviewed the Stipulation and finds that the relief requested therein is just appropriate under the circumstances.

Therefore IT IS HEREBY ORDERED THAT this appeal is dismissed.

Dated October 19, 2012

_____
HON. GEORGE H. WU, U.S. District Judge